**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Zachary J. Ayre, SBN 356392
zayre@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF STANISLAUS
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, a public entity; and DOES 1-20, inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO.  2:25-CV-03654-JAM-SCR<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT; ORDER**<br><br>Complaint Filed: December 18, 2025 |

WHEREAS Defendant County of Stanislaus filed a motion to dismiss (ECF No. 4), and thereafter counsel for the parties have met and conferred regarding several matters in the operative complaint in light of the pending motion, Plaintiff intends to file an amended complaint in order to avoid said motion practice regarding the current complaint.

Therefore, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective undersigned counsel, that Defendant need not respond to the Complaint (ECF No. 1), the Motion to Dismiss will not be re-noticed at this time, and Plaintiff will file an Amended Complaint no later than January 27, 2026.

1

**STIPULATION REGARDING RESPONSE TO COMPLAINT; ORDER**

**IT IS SO STIPULATED.**

Dated:  January 20, 2026   PORTER SCOTT
           A PROFESSIONAL CORPORATION


           By  /s/John R. Whitefleet
             John R. Whitefleet
             Attorney for Defendant STANISLAUS COUNTY

Dated:  January 20, 2026   TAYLOR & RING LLP


           By: /s/ Neil K. Gehlawat
             Neil K. Gehlawat
             Peter A. Reagan
             Attorneys for Plaintiff


**IT IS SO ORDERED.**

Dated:  January 20, 2026

               _____
         JOHN A. MENDEZ,
         SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING RESPONSE TO COMPLAINT; ORDER