Neil K. Gehlawat, State Bar No. 289388
Peter A. Reagan, State Bar No. 327596
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Facsimile: (310) 208-5052

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO HERNANDEZ,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF STANISLAUS,<br><br>Defendant. | CASE NO. 2:25-cv-03654-JAM-SCR<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |

///
///
///
///
///

**STIPULATION**

The parties, by and through their attorneys of record, stipulate as follows:

1. Plaintiff wishes to file a Second Amended Complaint that names the Defendant deputies they contend are liable for violating the rights of Plaintiff. Plaintiff only learned the names of the officers they intend to name as Defendants recently, after Defendant County of Stanislaus identified the involved deputies in discovery.

2. Without waiving any defenses or right to file motions challenging the Second Amended Complaint, Defendant agrees that Plaintiff may file his Second Amended Complaint, which is attached hereto as "Exhibit 1."

3. Plaintiff will file his Second Amended Complaint within 14 days of the Court issuing an Order authorizing its filing.

4. Defendants will have 30 days from service of the Second Amended Complaint to file a responsive pleading.

IT IS SO STIPULATED.

Dated: September 8, 2026

**TAYLOR & RING**

By: /s/ Peter A. Reagan
Neil K. Gehlawat
Peter A. Reagan
Attorneys for Plaintiff

Dated: September 8, 2026

**PORTER | SCOTT**

By: /s/ Joseph E. Atwell
John R. Whitefleet
Joseph E. Atwell
Attorneys for Defendant,
County of Stanislaus

**ORDER**

The Court, having reviewed the parties' Stipulation and good cause appearing, issues the following ORDER:

Plaintiff is authorized to file his Second Amended Complaint – attached to the Stipulation as "Exhibit 1" – within fourteen (14) days of this Order.

Defendants will have 30 days from service of the Second Amended Complaint to file a responsive pleading.

IT IS SO ORDERED.

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 14, 2026